Hans KROCH et al., Appellants, v. J. Howard McGRATH, Attorney General of the United States, and Georgia Neese Clark, Treasurer of the United States, Appellees.

No. 10804.

United States Court of Appeals District of Columbia Circuit.

Argued April 19, 1951.

Decided Oct. 5, 1951.

Writ of Certiorari Denied Jan. 28, 1952.

See 72 S.Ct. 365.

George Eric Rosden, Washington, D. C., for appellants.

George B. Searls and Joseph Laufer, Attorneys, Department of Justice, Washington, D. C., with whom Asst. Atty. Gen. Harold I. Baynton was on the brief, for appellees. George Morris Fay, U. S. Atty., and Joseph M. Howard, Asst. U. S. Atty., Washington, D. C., also entered appearances for appellees.

Before EDGERTON, CLARK, and FAHY, Circuit Judges.

PER CURIAM.

The judgment of the District Court is affirmed. Pass v. McGrath, 89 U.S.App. D.C. —, 192 F.2d 415.

Affirmed.